IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FREDERICK TYRONE CALHOUN, ) | |
| Reg. No. 87707-020, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. 2:13-CV-632-WHA |
| ) | (WO) |
| ) | |
| DENNIS STAMPER and THE UNITED ) | |
| STATES ATTORNEY GENERAL, ) | |
| ) | |
| Respondents. ) | |

## ORDER

On March 11, 2016, the Magistrate Judge filed a Recommendation that Petitioner's 28 U.S.C. § 2241 be denied and this case be dismissed with prejudice (Doc. No. 25). No timely objections have been filed to this Recommendation. After a de novo review of the record in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that:

1. The Recommendation of the Magistrate Judge is hereby ADOPTED.

2. The petition for habeas corpus relief is DENIED.

3. This case is DISMISSED with prejudice.

An appropriate Final Judgment will be entered separately.

Done this 5th day of April, 2016.

/s/   W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE